**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: 51ST JUDICIAL DISTRICT JUDICIAL EMERGENCY ORDER (ADAMS COUNTY) | : No. 51 MM 2020<br>:<br>: |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of July, 2021, the Application for Relief is GRANTED, IN PART.

To the extent the Application seeks authorization for the President Judge of the 51st Judicial District to suspend Rule of Criminal Procedure 119, which relates to the use of advanced communication technology (ACT), the Application is GRANTED, with the qualification that the President Judge's authority to suspend Rule 119 continues only through August 31, 2021. Furthermore, judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

In all other respects, the Application is DENIED.